Thomas Hutchinſon, Eſqr., Chief Juſtice.
Benjamin Lynde,
John Cuſhing,
Peter Oliver,
Edmund Trowbridge,* } Eſqrs., Juſtices.
Jonathan Sewall, Eſqr., Solicitor General.†

Preſent:
The whole Court.

---

The Charge of the Chief Juſtice to the Grand Jury.

GENTLEMEN of the Grand Jury: When I had Occaſion laſt to ſpeak from this Place to the Grand Jury, I made ſome general Reflections

---

\* The late Attorney General. This was the firſt Time of his ſitting as a Judge in the County of Suffolk. He was ſucceeded in the Office of Attorney General by Jeremy Gridley, Eſqr.

† N. B. Mr. Sewall was the firſt Officer of the Kind ever known in the Province. He was, prior to this Appointment, made *Special* Attor-

ney

Reflections upon the Nature and End of Civil Government. I then remarked, that it was eſſential to a Free People, that they ſhould be governed by known and certain Laws.* From thence I took Occaſion to obſerve upon a well known Maxim of Government, that the Perſon of *the Judge* and *the Legiſlator* ſhould never be united in the ſame Perſon. — I don't know how it happened, but this Obſervation of mine was ſoon after remarked upon in the Papers,† and a Suggeſtion thrown out, that I had been, for a Number of Years paſt, acting in direct Oppoſition to this Principle of mine; and, in Violation of my own Conſcience, had continued a Practice diametrically repugnant to my own Sentiments and Opinion. — This was a pretty Home Reflection. I ſhould not have mentioned this Matter now, but from a firm and hearty Regard to my Country, — to ſhow People the great Impropriety of ſuch Reflections, and to let them know the Dangers

ney *General*, but this being diſagreeable to Mr. Gridley, and carrying Something of an Abſurdity in the very Term, he was tranſlated to his preſent novel Office of Solicitor.

  * Vid. *ante*, p 234.

  † Boſton Gazette, April 27, 1767. (1)

---

(1) This paper contains a long political article on the then approaching election of Repreſentatives, ſigned " Freeborn American." The paſſage alluded to is as follows:

  " It is a doctrine lately advanced by an executive J—ge in a public " aſſembly, and is manifeſtly agreeable to liberty and law, *that a legiſlator* " *and judge in the ſame perſon are incompatible with that freedom & in-* " *dependence neceſſary to an impartial adminiſtration of government ;* " and yet this very J—ge for a long time was elected a legiſlator, and " ſerved as ſuch."

gers they are expoſed to from countenancing ſuch Reflections, and the Puniſhment thoſe are obnoxious to, who publiſh Things of this Nature.

To ſuffer the Tranſactions and Opinions of the Executive Court to be illiberally animadverted upon is of the moſt dangerous Tendency to the Community :— For, if the Authority of the Executive Courts is brought into Contempt, what Miſchiefs will not infeſt Society!

It is really amazing to me, how I could be miſunderſtood, unleſs through Willfullneſs, in a Matter, in which, if I had been attended to, it was evident I leaned quite the other Way. — For, at that very Time, I mentioned, as the Reaſon why the Judge and Legiſlator ſhould not be the ſame Perſon, was becauſe the Will of the Judge would then be Law, and that in ſuch a Caſe, the Law would be uncertain, depending upon the arbitrary Will of another.

This I ſaid, to elucidate the main Object I had in View, that the Laws of every State ought always to be fixed, certain and known; and that ſuch Laws ſhould ever be put in due Execution. — For, when the arbitrary Will of the Judge is the Law, the Laws will be perpetually fluctuating and uncertain, ſo that the Subject can never know what Laws to obey, nor the Executive Officer what Laws to execute. — The whole Tenor, Scope and Connexion of what I ſaid, very plainly ſhowed my Meaning. — But, becauſe I advanced, that the Direction, Opinion and Will of the Judge ſhould never be the

Law

Law — could it be reaſonably inferred that the Judge ſhould never participate in the Legiſlative at all ? — could it juſtly be concluded that I meant, that a Judge ſhould never ſhare at all in making the Laws ? It was very obvious my Meaning was directly the reverſe.

It is very extraordinary to find the ſame Perſons contending for an unlimited Freedom of Thought and Action, which they would confine wholly to themſelves ? We find one Side hardly allowed to contradict what the other advances, and not permitted even to reaſon, without being treated in the moſt abuſive Manner, and vilifyed beyond all Bounds. — Nothing can be more unjuſt than this.

Pretty high Notions of the Liberty of the Preſs, I am ſenſible, have prevailed of late among us ; but it is very dangerous to meddle with, and ſtrike at this Court.

The Liberty of the Preſs is doubtleſs a very great Bleſſing; but this Liberty means no more than a Freedom for every Thing to paſs from the Preſs without a Licence. — That is, you ſhall not be obliged to obtain a Licence from any Authority before the Emiſſion of Things from the Preſs. Unlicenced Printing was never thought to mean a Liberty of reviling and calumniating all Ranks and Degrees of Men with Impunity, all Authority with Ignominy. — To carry this abſurd Notion of the Liberty of the Preſs to the Length ſome would have it — to print every Thing that is Libellous and

Slanderous

Slanderous — is truly aſtoniſhing, and of the moſt dangerous Tendency.

To publiſh that a Man was a Bankrupt, a Villain or the like, would aſſuredly be liable to a civil Action, if not an Indictment. — To ſtrike a Man in the King's Court will ſubject the Offender to the Loſs of his Hand and Impriſonment for Life. — And yet, ſhall that ſame Court tolerate the groſſeſt Abuſe in the publick Prints, and let all Inſults paſs with Impunity ? — Shall a Man be allowed to publiſh openly of an Executive Court, in Print, what he dares not charge a private Man with, in Converſation ?

I don't give the Abuſe in this Matter in Charge to you, Gentlemen, becauſe I conceive that this Court have full Power to proceed in a much more Summary Way to execute Juſtice on the Offenders.

We often hear of very ſevere Strictures made upon the Conduct of Miniſters of State in Great Britain; but we never hear of ſimilar Reflections upon the Judges of Weſtminſter Hall. — They would iſſue a Proceſs for Contempt of the Court, and commit the Printer inſtantly, if he did not expoſe the Authors — and, if he did, very like, both Author and Publiſher.

'Tis on the Dignity and Support of the Executive Courts that your own Liberty depends. Let the Reſpect due to theſe Courts be loſt, let their Dignity not be kept up, by a Support of Authority, and

and all Order and Government will foon be at End. For what Order can there be in a Society where the Courts which are to carry the Laws into Execution are treated with a contemptuous Difrefpect? — If fuch an unlimited Liberty is indulged and carried on, we fhall foon approach near to that Licentioufnefs which is worfe than Tyranny.

I would mention, in Order to fhow People the Hazard they run, in treating this Court abufively, and to caution all againft a like Conduct for the Future, that we are not obliged to have the Matter prefented in the firft Place by the Grand Jury, then to have it left to a Petit Jury to be decided, before the Offence can be punifhed; but this Court may proceed in a far more fummary Manner, to bring the Offender to Juftice. — This Court will ever take proper Care to fecure their Honour by keeping up their Authority.

I have faid thus much, that a general Abhorrence of fuch grofs Abufe may take Place for the Future, and every Thing of the like Kind hereafter be univerfally difcountenanced among us.

(Here I was called out of Court: — The Chief Juftice then, as I was informed, went on to hint, as fome thought, at what Major Hawley had publifhed in the Papers relative to the Berkfhire Affair. (2) When I returned, the Chief Juftice was paffing very high Encomiums upon the Judges of England,

---

(2) See note at the end of the charge.

land, and ſpeaking upon thoſe Judges who were 1767. guilty of Unfaithfullneſs, Bribery and Corruption. He ſaid,—)

They muſt certainly be the moſt abandonedly wicked of all Men. — They deſerve the worſt Puniſhment, and I pray God they may always meet with it. — But I believe, whenever ſuch Characters have appeared, of which, to the Glory of the Engliſh Nation, there have been very few Inſtances, they have never been attacked in the publick Prints.

(The Judge here charged the Jury about the criminal Affairs, which in this Court were numerous, and then concluded with ſaying, —)

We frequently hear Talk of Tumults and Diſorders — but few know the Danger they run, in engaging in ſuch Diſorders.  For, if a Man is attacked, upon any Pretence whatever, in his own Houſe, whether it be to treat him contemptuouſly for the Diverſion and Sport of thoſe who aſſault him, or for whatever other Cauſe, if the Man who is thus beſet kills any one or all of thoſe who thus abuſe him, he is only guilty of Manſlaughter, for which he ſhall have his Clergy; whereas, if any one of the others ſhould unfortunately happen to kill a Man, all thoſe, who anyways aſſiſted or abetted the Offenders, are every one of them guilty of Murder, and muſt ſuffer the Pains of Death.

Gentlemen of the Grand Jury :—

You muſt carefully attend to all the Obligations
which

which you brought into Court with you, and, more eſpecially, to that additional Obligation you are now under, by the Oath of God which is upon you. You are to inquire into and preſent all heinous and dangerous Offences. You are not to ſuffer your-ſelves to be guided or in the leaſt governed by Hatred, Envy or Malice, or Favour or Affeċtion.

Be careful to obſerve your Oath, and keep the Fear of God before your Eyes — I cannot end with a better Caution.

---

### NOTE.

The " Berkſhire Affair " alluded to on p. 246 was the trial of Seth Warren, indiċted with others for a riot and reſcue of one Franklin, ar-reſted on civil proceſs, while the Courts were cloſed by the Stamp Aċt. Major Hawley was counſel for the priſoner ; and from his account of the affair, publiſhed in the " Boſton Evening Poſt," July 6th and 23rd, 1767, we compile the following brief ſtatement :

One Morſe, a deputy ſheriff of Berkſhire, having arreſted a priſoner on a juſtice's execution, he was reſcued by the defendant and others, " the " ſaid Warren and others declaring to the ſaid Morſe that it would be in " vain for him to attempt to take any perſon from Laneſborough to " priſon for debt, ſo long as priſoners when committed could not be al-" lowed to have the liberty of the priſon yard upon any terms, but muſt " be kept in as cloſe cuſtody as felons, and until the Court ſhould be " open, and people ſhould be admitted, by ſome courſe or proceſs of " law, to recover their dues as formerly. And, to be explicit, it ap-" peared in evidence that the plain ſenſe of what thoſe perſons at that " time declared to Morſe was, that they deſired he would not attempt any " more to take any perſon from Laneſborough to goal on writs purchaſed " or ſued out before the firſt of November for debt, ſo long as they could " not have their lawful right, viz., the benefit and priviledges of the " King's writs for the recovery of their juſt dues of thoſe who were in-" debted to them ; and that if he ſhould attempt it, and ſhould aċtually " take, and arreſt any perſon in Laneſborough for that purpoſe, he might " depend on it, that they would be reſcued — A noble reſolution, worthy
of

" of every Engliſhman, and all who have the principles of a free gov-
" ernment interwoven in the conſtitution of their minds." — " This
" reſolution of the ſaid Warren and others then together was, ſoon after
" the ſaid ſixth of November, communicated to ſeveral others of the
" inhabitants of Laneſborough, who, on conſideration of the ſtate of the
" province & country, judged the reſolution reaſonable & proper, joined
" therein, and agreed to abide by it." Afterwards, " at a raiſing in the
" ſaid Laneſborough, when the greateſt part of the men of that town
" were aſſembled, it was propoſed to a conſiderable number of them, that
" all the inhabitants ſhould join together, and ſtand by each other in pre-
" venting the officers from arreſting and impriſoning any one of the town
" for debt, ſo long as the then preſent ſtate of things, as to proceedings
" in law, ſhould continue — ſeveral of the company to whom the propo-
" ſition was then made expreſſed their approbation thereof — none of
" them objected to it. — In the evening, the company went to the tav-
" ern," where the ſame officer, aided by a poſſe, endeavored to execute
a writ againſt one Franklin, then preſent, — a ſcuffle enſued, and the
officer and poſſe were driven off.  " The evidence that there was at the
" trial, of this previous confederacy, and that Warren with the other
" perſons charged acted purſuant to ſuch confederacy in the reſcue of
" Franklin, was what the attorney-general ſpecially relied on in arguing
" the caſe, to ſhow it was a riot, and to confute my hypotheſis of its be-
" ing but a ſudden treſpaſs and affray ; and two of the Juſtices, viz.,
" Judge Cuſhing and Judge Oliver, in delivering the caſe to the jury,
" ſpecially obſerved and inſiſted upon it, that it was plain from the evi-
" dence that the aſſault," &c., " was committed in conſequence and
" purſuance of the previous agreement and confederacy above mentioned."
" The Chief Juſtice did not give his opinion upon the circumſtances in
" the evidence which ſhewed it to be in execution of a previous confed-
" eracy, but, for reaſons beſt known to himſelf, choſe to make a different
" ſtate of the caſe, which indeed was ingenious enough, but not alto-
" gether ſo pertinent and proper, becauſe it was (as I humbly conceive)
" ſhort of the evidence. — It is to be obſerved that the preſentment
" charged the defendants with a riot, and the Court ſuppoſed the only
" doubt of the jury would be, whether the aforeſaid facts, as they appeared
" in evidence, conſtituted a riot ; and therein the Court ſuppoſed it was
" proper the jury ſhould be determined by their opinion, and therefore
" particularly informed the Jury it was clearly the opinion of the Court
" that the facts proved conſtituted a riot, and that therefore the jury, in
" their opinion, could have no difficulty in finding Warren guilty accord-
" ing to the preſentment." The jury were charged with the caſe at
night. The next morning, " either before they delivered their verdict,
" or before ſentence," the priſoner's counſel " did ſuggeſt to the Chief
" Juſtice that it was clear from Hawkins' Pleas of the Crown, 1ſt Book,
" Chapter 65, Sect. 6, which ſection I turned to and he read, that, ac-
                                                                cording

1767.

"cording to the evidence, the crime which the defendant had been guilty
"of, (if of any), was High Treafon ; to which the Chief Juftice replied,
"he was well apprized of what Hawkins faid, and that he knew, if an
"affembly of men, combined for the purpofe, fhould by force oppofe the
"execution of one fingle ftatute, they would be guilty of High Treafon,
"which moft certainly is in general true, found doctrine and clear law.
"3 Inft. 9–10 — 5 Bacon's Abr. 117 — Hawk. P. C. *ubi fupra* — The
"fame in Burn's Juftice."

Neverthelefs, the prifoner was convicted of a riot, and fined three
pounds. In the article from which we quote, Major Hawley argues
with great force that the prifoner was either guilty of High Treafon, or,
owing to the ftate of nature to which the clofing the courts had reduced
fociety, of no crime at all, — judged merely by the light of reafon. —
"But" (he fays)" I think that the punifhing him for *a riot* cannot be jufti-
"fied upon any principle or hypothefis ; for it plainly appears, that his
"conduct was either innocent and juftifiable, or that he was guilty of
"the higheft crime, viz., *High Treafon :* And if it appeared to the court
"and the King's counfel, that his crime was High Treafon, which, I
"think, muft have been the cafe *on their principles*, would it not have
"been more becoming the character of the firm and intrepid judge, to
"have advifed that he fhould have been difmiffed from the prefentment
"of a riot, and charged anew, and brought to trial for his true offence,
"than without any intimation of his Majefty's pleafure, to have pro-
"ceeded to convict him of a riot, and fine him *in the fum of three
"pounds.*"

This article by Major Hawley was in reply to what he conceived to
have been a misftatement of the facts, by a writer figning himfelf
"Philanthrop," who habitually wrote in fupport of the government. See
3 Hutch. Hift. Mafs. 164, 175.